No. 944. Armco Steel Corp. v. Schutte, Adminis-
tratrix, et al. C. A. 3d Cir. Certiorari denied. █

No. 946. Hogg v. United States. C. A. 6th Cir.
Certiorari denied.

No. 948. Citizens Casualty Company of New York
v. Stewart, Superintendent of Insurance of New
York. Ct. App. N. Y. Certiorari denied.

No. 949. Rubino v. United States. C. A. 6th Cir.
Certiorari denied.

No. 951. Texas & Pacific Railway Co. v. Allen
et al. C. A. 5th Cir. Certiorari denied.

No. 954. Mitchell v. United States. C. A. 1st
Cir. Certiorari denied.

No. 955. Zabel, Executrix, et al. v. Tabb et al.
C. A. 5th Cir. Certiorari denied.

No. 956. Bukacek v. Pell City Farms, Inc., et al.
Sup. Ct. Ala. Certiorari denied.

No. 959. Wheatley, Commissioner of Finance of
the Virgin Islands v. Chicago Bridge & Iron Co.,
Ltd. C. A. 3d Cir. Certiorari denied.

No. 960. Hackin et ux., dba H. S. Hackin Plumb-
ing & Heating Co., et al. v. Pioneer Plumbing Sup-
ply Co. C. A. 9th Cir. Certiorari denied.

No. 964. Van Sickle v. Nevada. Sup. Ct. Nev.
Certiorari denied.